No. 53057.—Suit 4587.—Puget Sound Freight Lines et al. v. United States.— C. D. 1070 affirmed February 1, 1949. C. A. D. 400.